# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

MARK N. MOSOMILLO  Case No.: 5-15-03992-RNO
MARGARET LUCY MOSOMILLO  Chapter 13
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**      **MORTGAGE INFORMATION**
Creditor Name:      BSI FINANCIAL SERVICES INC
Court Claim Number:      14
Last Four of Loan Number:      Forksbridge - PRE-ARREARS - 4025
Property Address if applicable:      73C FORKS BRIDGE RD., , NEWFOUNDLAND, PA18445

**PART 2:**      **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages:      $13,218.45
b. Prepetition arrearages paid by the Trustee:      $13,218.45
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c):      $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:      $0.00
e. Allowed postpetition arrearage:      $0.00
f. Postpetition arrearages paid by the Trustee:      $0.00
g. Total b, d, f:      $13,218.45

**PART 3:**      **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: January 28, 2021 	Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

Creditor Name: BSI FINANCIAL SERVICES INC
Court Claim Number: 14

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1155057 | 09/01/2016 | $931.92 | $0.00 | $931.92 |
| 5200 | 1156698 | 10/05/2016 | $378.74 | $0.00 | $378.74 |
| 5200 | 1158283 | 11/02/2016 | $459.55 | $0.00 | $459.55 |
| 5200 | 1159909 | 12/06/2016 | $459.56 | $0.00 | $459.56 |
| 5200 | 1169306 | 06/13/2017 | $530.07 | $0.00 | $530.07 |
| 5200 | 1169819 | 07/06/2017 | $262.12 | $0.00 | $262.12 |
| 5200 | 1171186 | 08/10/2017 | $262.12 | $0.00 | $262.12 |
| 5200 | 1172729 | 09/19/2017 | $262.11 | $0.00 | $262.11 |
| 5200 | 1174178 | 10/11/2017 | $261.01 | $0.00 | $261.01 |
| 5200 | 1175426 | 11/08/2017 | $261.00 | $0.00 | $261.00 |
| 5200 | 1178200 | 01/11/2018 | $522.00 | $0.00 | $522.00 |
| 5200 | 1179629 | 02/08/2018 | $261.00 | $0.00 | $261.00 |
| 5200 | 1182339 | 04/03/2018 | $261.00 | $0.00 | $261.00 |
| 5200 | 1185374 | 05/15/2018 | $522.00 | $0.00 | $522.00 |
| 5200 | 1188101 | 07/12/2018 | $522.00 | $0.00 | $522.00 |
| 5200 | 1189539 | 08/09/2018 | $261.00 | $0.00 | $261.00 |
| 5200 | 1192163 | 10/10/2018 | $520.88 | $0.00 | $520.88 |
| 5200 | 1193548 | 11/08/2018 | $259.89 | $0.00 | $259.89 |
| 5200 | 1194900 | 12/13/2018 | $259.88 | $0.00 | $259.88 |
| 5200 | 1196351 | 01/10/2019 | $259.88 | $0.00 | $259.88 |
| 5200 | 1198707 | 03/12/2019 | $259.89 | $0.00 | $259.89 |
| 5200 | 1200050 | 04/11/2019 | $259.88 | $0.00 | $259.88 |
| 5200 | 1201414 | 05/09/2019 | $259.88 | $0.00 | $259.88 |
| 5200 | 1202727 | 06/06/2019 | $259.88 | $0.00 | $259.88 |
| 5200 | 1204074 | 07/11/2019 | $519.77 | $0.00 | $519.77 |
| 5200 | 1205485 | 08/07/2019 | $259.88 | $0.00 | $259.88 |
| 5200 | 1206857 | 09/26/2019 | $272.17 | $0.00 | $272.17 |
| 5200 | 1209270 | 11/07/2019 | $260.44 | $0.00 | $260.44 |
| 5200 | 1210554 | 12/12/2019 | $260.45 | $0.00 | $260.45 |
| 5200 | 1211953 | 01/16/2020 | $260.44 | $0.00 | $260.44 |
| 5200 | 1213312 | 02/13/2020 | $260.45 | $0.00 | $260.45 |
| 5200 | 1214625 | 03/12/2020 | $520.88 | $0.00 | $520.88 |
| 5200 | 1217132 | 05/06/2020 | $251.24 | $0.00 | $251.24 |
| 5200 | 1218069 | 06/02/2020 | $251.23 | $0.00 | $251.23 |
| 5200 | 1219060 | 07/07/2020 | $251.23 | $0.00 | $251.23 |
| 5200 | 1220132 | 08/12/2020 | $251.23 | $0.00 | $251.23 |
| 5200 | 1221168 | 09/17/2020 | $502.46 | $0.00 | $502.46 |
| 5200 | 1222222 | 10/15/2020 | $239.58 | $0.00 | $239.58 |
| 5200 | 1225759 | 01/19/2021 | $99.74 | $0.00 | $99.74 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

MARK N. MOSOMILLO  Case No.: 5-15-03992-RNO
MARGARET LUCY MOSOMILLO  Chapter 13
Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 28, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

TULLIO DeLUCA, ESQUIRE   SERVED ELECTRONICALLY
381 N 9TH AVENUE
SCRANTON PA,  18504-

BSI FINANCIAL SERVICES   SERVED BY 1ST CLASS MAIL
1425 GREENWAY DRIVE, SUITE 400
IRVING, TX,  75038

MARK N. MOSOMILLO   SERVED BY 1ST CLASS MAIL
MARGARET LUCY MOSOMILLO
73C FORKS BRIDGE RD.
NEWFOUNDLAND, PA  18445

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 28, 2021

s/   Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com